## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br><br>Atlas Copco Construction Mining Technique USA LLC, nd Atlas Copco Customers Finance US LLC,<br>v.<br>Indie Energy Services Company LLC an Illinois Limited Liability Company and Daniel Cheifetz, an individual | Case Number:<br><br>FILED: APRIL 25, 2008<br>08CV2363 EDA<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Atlas Copco Construction Mining Technique USA LLC and Atlas Copco Customers Finance US LLC

| |
|---|
| NAME (Type or print)<br>Joseph R. Marconi |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Joseph R. Marconi |
| FIRM<br>Johnson & Bell, Ltd. |
| STREET ADDRESS<br>33 W. Monroe St., Suite 2700 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>01760173 | TELEPHONE NUMBER<br>312-372-0770 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |