## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Atlas Copco Construction Mining Technique USA LLC, nd Atlas Copco Customers Finance US LLC, v. Indie Energy Services Company LLC an Illinois Limited Liability Company and Daniel Cheifetz, an individual | FILED: APRIL 25, 2008 08CV2363 EDA JUDGE DER-YEGHIAYAN MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Atlas Copco Construction Mining Technique USA LLC and Atlas Copco Customers Finance US LLC

| NAME (Type or print) |
|---|
| Justin H. Volmert |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Justin H. Volmert |

| FIRM |
|---|
| Johnson & Bell, Ltd. |

| STREET ADDRESS |
|---|
| 33 W. Monroe St., Suite 2700 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6294009 | 312-372-0770 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐