IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ATLAS COPCO CONSTRUCTION MINING TECHNIQUE USA, LLC, a Delaware Limited Liability Company, And ATLAS C OPCO CUSTOMER FINANCE USA LLC, a New Jersey <br><br>v.<br><br>INDIE ENERGY SERVICES COMPANY, LLC, an Illinois Limited Liability Company, and DANIEL CHEIFETZ, an individual. | No. 08 CV 2363<br>Judge Der-Yeghiayan<br>Magistrate Judge Brown |

**EXHIBIT H**

# Statement

**AtlasCopco**

Date: 8/04/18
Page: 1

Sold to:

INDIE ENERGY SERVICES CO, LLC
Dan (owner)
1020 CHURCH STREET

EVANSTON IL 60201

Customer Number  801580

Remit To: Atlas Copco Construction Mining Technique USA LLC

Lockbox# 6621
PO Box 8500
Philadelphia, PA 19178-6621

| Date | Purchase Order | Invoice | Ref | Current | Over 30 Days | Over 60 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|
| | | | | | | 26.34- | 4.97- |
| 8/03/11 | 0009690020 | 1677 | PAY | | | | 12609.89 |
| 8/01/25 | DYLAN | 380650 | INV | | | | 2488.26 |
| 7/05/31 | MH07-028 | 305843 | INV | | | | 1178.90 |
| 7/06/05 | T ARMSTRONG | 307232 | INV | | | | 394.68 |
| 7/06/06 | BUCK 4.23.07 2 | 307769 | INV | | | | 297.30 |
| 7/06/29 | HOSE RESALE | 316263 | INV | | | | 259.94 |
| 7/06/29 | WRENCH RESALE | 316285 | INV | | | | 1178.90 |
| 7/07/16 | NEED SRF | 319976 | INV | | | | 14626.39 |
| 7/07/19 | BUCK 06.01.07 | 321478 | INV | | | | 3176.88 |
| 7/10/04 | 5026452 | 345903 | INV | | | | 18354.94 |
| 7/10/04 | 5026452 | 345909 | INV | | | | 322.50 |
| 7/10/10 | CANCELATION | 347288 | INV | | | | 193.71 |
| 7/10/24 | WELDING WORK | 352210 | INV | | | | 289.77- |
| 7/11/05 | 11.02.07 | 356561 | INV | | | | 203.17 |
| 7/12/19 | CHECK #2290 | 370409 | CRD | | | | 2113.67 |
| 7/12/27 | CREDIT CARD PMT | 372031 | INV | | | | |
| 8/01/02 | CHECK #2290 | 373601 | INV | | | | |
| | | | | | | 26.34- | 57104.39 |
| Total | 57078.05 | | | | | | |

Atlas Copco Construction Mining Technique USA LLC

3700 E. 68th Avenue
P.O. Box 1159
Commerce City, CO 80022
www.atlascopco.com

A Company within the Atlas Copco Group

Telephone: 303 287-8822
Fax: 303 600-2323
Toll Free: 800 732-6762