## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Atlas Copco Construction Mining Technique USA LLC, et al.

                  Plaintiff,

v.                                   Case No.: 1:08−cv−02363
                                               Honorable Samuel Der−Yeghiayan

Indie Energy Services Company, LLC, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan:Replevin hearing held. As stated on the record, Plaintiff's motion for entry of order of replevin [10] is denied without prejudice. Initial status hearing previously set for 06/26/08 at 9:00 a.m. to stand. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.