IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ATLAS COPCO CONSTRUCTION MINING TECHNIQUE USA, LLC, a Delaware Limited Liability Company, And ATLAS COPCO CUSTOMER FINANCE USA LLC, a New Jersey Limited Liability Company<br><br>v.<br><br>INDIE ENERGY SERVICES COMPANY, LLC, an Illinois Limited Liability Company, and DANIEL CHEIFETZ, an individual. | No. 08 CV 2363<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

To: Tracy A. Campbell
Schiff Hardin LLP
6800 Sears Tower
Chicago, IL 60606

**PLEASE TAKE NOTICE** that on the 12th day of June, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Der-Yeghiayan or any judge sitting in his stead in Courtroom 1903, in the United States Courthouse at 219 South Dearborn Street in Chicago, and then and there present Plaintiffs' **Motion For Entry of Order of Replevin Under 735 ILCS 5/19-107**, a copy of which is attached and presented to you.

/s/ Victor J. Pioli

Victor J. Pioli
Johnson & Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603
(312) 372-0770
Firm No. 06347

2

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, on oath states he caused to be served this Notice of Motion upon the above-named individual, at her address via e-filing from 33 West Monroe Street, Chicago, Illinois 60603 on June 6, 2008 before 5:00 p.m.

          /s/ Victor J. Pioli