**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

| | |
|---|---|
| Atlas Copco Construction Mining Technique USA LLC, et al.<br><br>Plaintiff,<br><br>v.<br><br>Indie Energy Services Company, LLC, et al.<br><br>Defendant. | Case No.: 1:08−cv−02363<br>Honorable Samuel Der−Yeghiayan |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

MINUTE entry before the Honorable Samuel Der−Yeghiayan: Plaintiff Atlas Copco Construction Mining Technique USA LLC's motion for order of Replevin Under 735 ILCS 5/19−107 [18] is entered and continued. Plaintiff is given until 06/16/08 to file its reply in support. Status hearing reset to 06/18/08 at 9:00 a.m. Status hearing set for 06/26/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.