UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Atlas Copco Construction Mining Technique
USA LLC, et al.

                                      Plaintiff,

v.                                                 Case No.: 1:08−cv−02363
                                                Honorable Samuel
                                                Der−Yeghiayan

Indie Energy Services Company, LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 12/16/08 at 9:00 a.m Plaintiff Atlas Copco Construction Mining Technique USA LLC's motion for leave to file answer to counterclaim [23] is granted. All discovery shall be noticed in time to be completed by 09/19/08. Dispositive motions are to be filed by 10/20/08. Responses to the dispositive motions, if any, are to be filed by 11/07/08 and replies, if any, are to be filed by 11/14/08. If the parties believe a settlement conference with the Court would be useful, counsel are directed to follow Judge Der−Yeghiayan's settlement conference procedures as outlined on this Court's web page. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.