IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ATLAS COPCO CONSTRUCTION MINING TECHNIQUE USA, LLC, a Delaware Limited Liability Company, And ATLAS COPCO CUSTOMER FINANCE USA LLC, a New Jersey Limited Liability Company<br><br>v.<br><br>INDIE ENERGY SERVICES COMPANY, LLC, an Illinois Limited Liability Company, and DANIEL CHEIFETZ, an individual. | No. 08 CV 2363<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Brown |

## AGREED ORDER REGARDING REPLEVIN BONDS

By agreement of the parties following the Court's June 18, 2008 order, IT IS HEREBY ORDERED:

1. Defendants' obligation to turn over the T2W, the Compressor, and the TH60 as set forth in the Court's June 18, 2008 order is contingent and dependent upon Plaintiffs having secured and presented a bond(s) in the following amounts: (1) $100,000 for the T2W; (2) $100,000 for the Compressor; and (3) $100,000 for the TH60.

2. Plaintiffs to secure their bond(s) through Westchester Fire Insurance Co., 1133 Avenue of the Americas, 38th Fl., New York, NY 10036.

3. With respect to the Compressor, Defendants (having requested the opportunity to post a bond to prevent execution of the June 18, 2008 replevin order as it relates to the Compressor) are granted until June 30, 2008 to secure and post a bond in the amount of $125,000 to retain possession of the Compressor.

IT IS SO ORDERED.

Judge: _____
Samuel Der-Yeghiayan
United States District Court

Date: June 30, 2008

Joseph R. Marconi
Victor J. Pioli
Johnson & Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603
(312) 372-0770
Firm No. 06347